# Court of Appeals
# of the State of Georgia

ATLANTA, February 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1192. TRAVIS S. PIERCE v. THE STATE.**
**A25A1193. TRAVIS S. PIERCE v. THE STATE.**

Travis S. Pierce entered negotiated pleas in two separate cases and on January 21, 2021, the trial court sentenced him to concurrent sentences of ten years, with the first 90 days to be served in confinement and the remainder to be served on probation. On February 8, 2024, the trial court entered an order in each case, finding that Pierce had violated the terms of his probation, and revoking and modifying those terms. From those orders, on February 4, 2025, Pierce filed notices of appeal in which he appears to be challenging his underlying convictions. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here Pierce's notices of appeal were filed almost a year after the trial court entered the probation revocation orders and more than four years after the 2021 entry of his convictions. Thus, the notices of appeal are untimely. Moreover, appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5).

For the reasons set forth above, we lack jurisdiction to consider these direct appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/28/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*